# Schedule CC

**SCHEDULE "CC"**
PF-225 RIO GRANDE VALLEY SECTOR
DEPARTMENT OF HOMELAND SECURITY
CUSTOMS AND BORDER PROTECTION

Cameron County, Texas

Tract: RGV-BRP-1005-4       Owner: Heirs of C.P. Barreda, et al       Acres: 0.48

Being that certain 0.48 acre tract of land, being out of a remainder of tracts described in
Special Warranty Deed, recorded in Volume 177, Page 608 of the Cameron County
Official Records, Cameron County, Texas, reference being here made to said Deed and
the record thereof and being more particularly described by metes and bounds as follows:

Commencing at the Southwesterly corner of said 4.53 acre tract, having Texas South
State Plane NAD 83 grid coordinates of: N=16,513,457.60012, E=1,284,293.06602;
thence

N.86°32'27"E. along said Southerly line, a distance of 104.32 feet; thence

N.07°07'43"E. along said Southerly line, a distance of 104.32 feet; thence

S.39°53'06"E. along said Southerly line, a distance of 118.33 feet to the POINT OF
BENINNING, having Texas South State Plane NAD 83 grid coordinates of:
N=16,513,475.22234, E1,284,463.20451; thence

N.69°28'50"E. a distance of 191.64 feet to a point of the Easterly line of said 4.53 acre
tract; thence

S.07°16'55"W. along said Easterly line, a distance of 246.54 feet to the Southeasterly
corner of said 4.53 acre tract; thence

N.39°53'06"W. along the Southerly line of said 4.53 acre tract, a distance of 231.16 feet
to the POINT OF BEGINNING.

Tract contains 20,897 Square Feet or 0.48 Acres, more or less.

Tract:  RGV-BRP-1005-4

# Schedule DD

## SCHEDULE "DD"



**LAND TO BE CONDEMNED**

Tract: RGV-BRP-1005-4
Owner: Heirs of C.P. Barreda, et al
Acres: 0.48

# Schedule EE

**SCHEDULE "EE"** FOR TRACT
RGV-BRP-1005-4

ESTATE TAKEN
FEE, EXCLUDING MINERALS

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines. The estate taken except all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interest in water distribution and drainage systems are subordinated to the construction, operation and maintenance of the border barrier.

# Schedule FF

**SCHEDULE "FF"**

ESTIMATE OF JUST
COMPENSATION
Tract RGV-BRP-1005-4

The sum estimated as just compensation for the land being taken is THREE HUNDRED DOLLARS AND NO/100 ($300.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto. The sum of TWENTY-FOUR HUNDRED DOLLARS AND NO/100 ($2,400.00) was previously deposited with the Court and distributed.

# Schedule GG

# SCHEDULE "GG"
## NAMES AND ADDRESSES OF INTERESTED PARTIES:

### TRACT: RGV-BRP-1005-4

Diana Inez Santiso de Rio a/ka/ Mrs. Jesus del Rio

Brownsville, TX  78520

Reinaldo Santiago Santiso

Brownsville, TX 78520

Oscar and Teresa Ceballos

Brownsville, Texas 78520

Capital One, National Association
J. Crittington, Registered Agent
313 Carondelet Street
New Orleans, Louisiana 70130